UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SONY MUSIC ENTERTAINMENT,
INC., ET AL.,**

   Plaintiffs,

v.   No. 4:23-cv-00275-P

**DANTREAL DAEVON CLARK-RAINBOLT,**

   Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order regarding Plaintiffs' Motion for Damages entered this day (ECF No. 48), the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** as follows:

- Plaintiffs Sony Music Entertainment, Inc. ("SME") and Sony Music Publishing (US) LLC ("SMP") are awarded **$802,997.23 in damages**, including **$14,078.82** currently held by third-party distributor DistroKid;
- Plaintiffs Sony Music Entertainment, Inc. ("SME") and Sony Music Publishing (US) LLC ("SMP") are awarded **postjudgment interest** pursuant to 28 U.S.C. § 1961;[1]
- Plaintiffs Sony Music Entertainment, Inc. ("SME") and Sony Music Publishing (US) LLC ("SMP") are awarded **$2,230.67 in costs**; and
- Defendant Dantreal Daevon-Clark Rainbolt is **PERMANENTLY ENJOINED** from copying, performing or otherwise exploiting *90mh* without (1) paying 50% of revenues connected to the *90mh* musical composition to Plaintiff Sony Music Publishing (US)

---

[1] "Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).

LLC, and (2) paying 20% of revenues connected to the *90mh* sound recording to Plaintiff Sony Music Entertainment. Nothing herein shall be construed as limiting or otherwise altering the Parties' ability to contract for additional terms and conditions related to Defendant's continued copying, performing, or exploitation of the relevant track. **<u>In the event that a subsequently executed agreement among the Parties differs from a condition set herein, such as in the permitted scope of Defendant's use of *90mh* or in the percentages to be paid to Plaintiffs for such use, the terms and conditions of the contract shall supersede and override the terms of this Order.</u>**

**SO ORDERED** on this **27th day** of **March 2024.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE